■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN B. VOUGHT, Appellant.—Judgment unanimously modified, as a matter of discretion in the interest of justice, by reducing the sentence imposed to a term of five years' probation and otherwise judgment affirmed. (Appeal from judgment of Cattaraugus County Court, Horey, J.—attempted sexual abuse, first degree.) Present—Hancock, Jr., J. P., Callahan, Denman, Green and O'Donnell, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CURTIS TIGNER, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent. (Appeal No. 1.)— Judgment unanimously affirmed *(see, People ex rel. Douglas v Vincent,* 67 AD2d 587, *affd* 50 NY2d 901). (Appeal from judgment of Supreme Court, Wyoming County, Conable, J.— habeas corpus.) Present—Hancock, Jr., J. P., Callahan, Denman, Green and O'Donnell, JJ.